392 P.2d 18

Norman L. McLACHLAN and Albert Richard Bobbin, Petitioners,

v.

Hon. Paul F. LARRAZOLO, District Judge in and for the County of Bernalillo, Respondent.

No. 7632.

Supreme Court of New Mexico.

May 4, 1964.

CARMODY and CHAVEZ, Justices, concurring.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.

392 P.2d 18

Gene SNEED, Petitioner,

v.

The PENITENTIARY OF NEW MEXICO, Respondent.

No. 65 HC.

Supreme Court of New Mexico.

May 6, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be, and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied.